DAVIS, Judge.
 

 Danielle Devita Williams challenges her judgment and sentence for aggravated battery. We affirm without comment. However, the postconviction court failed to enter an amended cost order after partially granting Williams’ Florida Rule of Criminal Procedure 3.800(b) motion to correct illegal sentence. Accordingly, we remand for the limited purpose of the entry of an amended cost order reflecting that certain costs were previously stricken.
 
 See Jackson v. State,
 
 950 So.2d 1267 (Fla. 2d DCA 2007).
 

 Affirmed; remanded with directions.
 

 KELLY, J., and GALLEN, THOMAS M., Associate Senior Judge, Concur.